ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 18 2016
CLERK, U.S. DISTRICT COURT
By _____
         Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| TERRY SHERO (01) | 4-16CR-124-O |

## INDICTMENT

The United States Attorney Charges:

### Count One
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about April 21, 2016, in the Fort Worth Division of the Northern District of Texas, defendant **Terry Shero** did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

                                                A TRUE BILL.

                                                _[signature]_
                                                FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_[signature]_

CHRISTOPHER R. WOLFE
Assistant United States Attorney
Texas State Bar No. 24008294
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

TERRY SHERO (01)

---

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute Methamphetamine
1 Count

---

A true bill rendered

_____ *Sean Wilcoxen* _____
FORT WORTH                                                    FOREPERSON

Filed in open court this 18th day of May, 2016.

---

**Defendant in Federal Custody since 04/22/2016.**

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:16-MJ-254