ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 1 6 2016

CLERK, U.S. DISTRICT COURT
By_____
      Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-CR-124-O |
| TERRY WAYNE SHERO      (01) | |

AMENDED FACTUAL RÈSUMÈ

I.  Plea:

The defendant is pleading guilty to Count One of the Indictment, charging Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

II. Penalties:

The penalties the Court can impose include:

a. imprisonment for a period not to exceed twenty (20) years;

b. a fine not to exceed one million dollars ($1,000,000), or twice the pecuniary gain to the defendant or loss to the victim(s), or both such fine and imprisonment;

c. a term of supervised release of not less than three (3) years, which may be mandatory under the law and will follow any term of imprisonment. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;

d. a mandatory special assessment of $100;

e. forfeiture of property; and

f. costs of incarceration and supervision.

III. <u>Elements of the Offense:</u>

In order to establish the offense alleged in Court One of the Indictment, the government must prove the following elements beyond a reasonable doubt:

<u>First:</u> That the defendant knowingly possess a controlled substance;

<u>Second:</u> That the substance was in fact methamphetamine; and

<u>Third:</u> That the defendant possessed the substance with the intent to distribute it.

IV. <u>Stipulated Facts</u>:

On or about April 21, 2016, in the Fort Worth Division of the Northern District of Texas, defendant Terry Wayne Shero did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

On April 21, 2016, Members of the Fort Worth DEA, Fort Worth ATF, and Texas DPS were working a joint methamphetamine investigation. Upon the arrest of defendants in the Fort Worth, Texas, area it was learned that Terry Shero was a methamphetamine source of supply.

On April 21, 2016, law enforcement executed a search warrant at a Quality Inn hotel room, which Shero had access, located in Fort Worth. During the search, law enforcement found approximately 76 gross grams of methamphetamine in a lock box. Shero admits that he possessed this methamphetamine with the intent to distribute it.

AGREED AND STIPULATED on this ___16___ day of ___June___, 2016.

_____  _____
Terry Wayne Shero           Pia Lederman
Defendant                   Counsel for Defendant